Jon D. Universal, SBN 141255
juniversal@uswlaw.com
James P. Mayo, SBN 169897
jmayo@uswlaw.com
firm@uswlaw.com
**UNIVERSAL & SHANNON, LLP**
2240 Douglas Blvd., Suite 290
Roseville, CA 95661

Attorneys for Defendant **FCA US LLC**

Kevin Y. Jacobson, SBN 320532
kjacobson@quillarrowlaw.com
Sarah E. Pfeffer, SBN 331166
spfeffer@quillarrowlaw.com
e-service@quillarrowlaw.com
**QUILL & ARROW, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**JOSE FERNANDEZ** and **ELEDUVINA SALAZAR**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ, an individual, and ELEDUVINA SALAZAR, an individual,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  1:21-cv-00042-DAD-BAM<br><br>(Removed from Madera County Superior Court, Case No.: MCV084477)<br><br>*Assigned to the Hon. Barbara A. McAuliffe*<br><br>**STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES**<br><br>Date Filed: January 11, 2021 |

---

1

STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY
DEADLINES

Plaintiffs JOSE FERNANDEZ and ELEDUVINA SALAZAR ("Plaintiffs"), and Defendant FCA US LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to complete fact and expert discovery and related dates.

WHEREAS, the Parties met and conferred pursuant to FRCP Rule 26(f) on March 29, 2021, to consider the nature and bases of the claims and defenses, the possibilities for promptly settling or resolving the case, and discussing the status of discovery, and developing a reasonable discovery plan with the goal of continuing settlement discussions;

WHEREAS, pursuant to the Court's Scheduling Conference Order, the date for completion of all fact discovery by the Parties is currently May 2, 2022;

WHEREAS, pursuant to the Court's Initial Pretrial Scheduling Order, the date for completion of all expert discovery is currently July 11, 2022;

WHEREAS, the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) are currently due on May 16, 2022, and the Parties' Rebuttal Expert Witness Disclosures are currently due on June 3, 2022;

WHEREAS, the Parties are to currently file any dispositive motion by July 29, 2022;

WHEREAS, in light of the COVID-19 pandemic and the unavailability of witnesses for depositions and experts for in-person vehicle inspections, the Parties have been unable to arrange for the depositions of Plaintiffs, and Defendant's Person(s) Most Knowledgeable and third-party dealership personnel, and the vehicle inspection;

WHEREAS, the Parties have mutually agreed that extending the completion date for fact and expert discovery until a date sufficiently after these depositions and the vehicle inspection has occurred will allow the Parties additional opportunities to continuing ongoing settlement discussions and to avoid potentially

unnecessary litigation costs;

WHEREAS, a Final Pretrial Conference has been set for December 12, 2022; and the parties are to submit a Joint Pretrial Statement to the Court by December 5, 2022;

NOW THEREFORE, the Parties agree and stipulate, subject to this Court's approval, that: (1) the date for completion of all fact discovery by the Parties, currently set for May 2, 2022, shall be extended by 75 days to July 18, 2022; (2) the date for the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2), currently due on May 16, 2022, shall be extended to August 1, 2022; (3) the date for the Parties' Rebuttal Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2), currently due on June 3, 2022, shall be extended to August 17, 2022; and (4) the date for the Parties to file any dispositive motions, currently due July 29, 2022, shall be extended to October 12, 2022.

**IT IS SO STIPULATED.**

**DATED:** April 19, 2022            **UNIVERSAL & SHANNON, LLP**

*James P. Mayo*
_____
JAMES P. MAYO, ESQ.
JON D. UNIVERSAL, ESQ.
Attorneys for Defendant, **FCA US LLC**

**DATED:** April 19, 2022            **QUILL & ARROW, LLP**

*Kevin Y Jacobson*
_____
KEVIN Y. JACOBSON, ESQ.
SARAH E. PFEFFER, ESQ.
Attorneys for Plaintiffs,
**JOSE FERNANDEZ** and
**ELEDUVINA SALAZAR**

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, HEREBY ORDERS the scheduling deadlines in this case be modified as follows:

Non-Expert Discovery Completion Deadline:  July 18, 2022;

Initial Expert Witness Disclosures: August 1, 2022;

Rebuttal Expert Witness Disclosures: August 17, 2022; and

Dispositive Motions Filing Deadline:  October 12, 2022.

Pretrial Conference: March 13, 2023, at 1:30 PM in Courtroom 5 (DAD) before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **April 21, 2022**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE